## The People of the State of Illinois, Defendant in Error, v. Howard Ellis, Plaintiff in Error.

### Gen. No. 19,649. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN J. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed March 11, 1914.

### Statement of the Case.

Prosecution by The People of the State of Illinois against Howard Ellis on an information charging defendant with contributing to the dependency and delinquency of a child under sixteen years of age. The information, record, abstract and contentions in this case are identical, except as to the use of the disjunctive "or" and the name of the child who is supposed to be dependent, neglected or delinquent, with those in the case of *People v. Ellis, ante,* p. 417, and the opinion in that case is controlling as to this.

NORTHUP, ARNOLD & FAIRBANK, for plaintiff in error.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.